ORDERED.

Dated: December 02, 2020

Karen S. Jennemann
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                                                          CASE NO: 6:20-bk-04587-KSJ
                                                                                 CHAPTER 7
QUINTIN RIVERA AND MARIA CARIDAD PEREZ
RODRIGUEZ,

    Debtor
_____/

### ORDER GRANTING CALIBER HOME LOANS, INC.'S
### MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOC 10)
(Re: 3429 BURLINGTON DR, ORLANDO, FL 32837)

**THIS CASE** came before the Court on November 17, 2020 at 11:30am for consideration of the *Motion for Relief from the Automatic Stay* (Doc No. 10) (the "Motion") on filed by Caliber Home Loans, Inc., its successors and/or assigns ("Secured Creditor"). The Trustee filed a response within the proscribed time period and the Court considered the matter . It is:

    **ORDERED**:

B&S File No. 20-F01043

1. The Motion (Doc 10) is Granted with relief effective March 19, 2021.

2. The automatic stay arising by reason of 11 U.S.C. § 362 is terminated with respect to the real property located at 3429 Burlington Dr, Orlando, FL 32837 (the "Property"), which is legally described as:

**LOT 26, SKY LAKE SOUTH UNITS 6 AND 7, PHASE 2, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 19, PAGE 86, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.**

3. This Order is entered for the sole purpose of allowing Secured Creditor, its successors and/or assigns, to pursue its lawful *in rem* remedies as to the Property. Secured Creditor, its successors and/or assigns, shall neither seek nor obtain any *in personam* relief against the Debtor.

4. Any communication by Secured Creditor, its successors and/or assigns, in connection with proceeding against the Property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential forbearance agreement, loan modification, refinance agreement, loss mitigation agreement or other loan workout, may be sent directly to the Debtor.

5. Secured Creditor, its successors and/or assigns, have incurred attorneys' fees and costs of $631.00 as a result of the necessity of filing this Motion. Said fees are recoverable as part of the debt pursuant to the loan documents but shall not be a personal liability of the Debtor.

6. The Court waives the fourteen (14) day stay set forth in Bankruptcy Rule 4001(a)(3).

Attorney Patrick Hruby is directed to serve a copy of this order on interested parties who are non CM/ECF users and file a proof of service within 3 days of entry of this order.